# United States Court of Appeals for the Federal Circuit

March 19, 2019

**ERRATA**

Appeal No. 2016-2746

**XITRONIX CORPORATION,**
*Plaintiff-Appellant*

**v.**

**KLA-TENCOR CORPORATION, DBA KLA-TENCOR, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

Decided: March 14, 2019
Non-Precedential Order

Please make the following change:

Page 2, line 29, change "cannon" to "canon."